UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

United States of America,

    **Plaintiff,**            Case No. 3:11CR30022-001 (DRH)

v.

Victoria McGee Harris,

    **Defendant.**

**ORDER**

Upon motion of the United States of America, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby ORDERED that the Writ of Execution for the 2004 Lexus GX 470 in this cause be and the same is hereby DISMISSED, without prejudice.

DATED: March 8, 2012

David R. Herndon
2012.03.08
10:36:39 -06'00'

Chief Judge
United States District Court