# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

    **Plaintiff,**            Case No. 3:11CR30022-001 (DRH)

v.

**Victoria McGee Harris,**

    **Defendant.**

## ORDER

Upon motion of the United States of America, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby ORDERED that the Writ of Execution for the 2002 BMW 3 Series in this cause be and the same is hereby DISMISSED, without prejudice.

DATED: March 8, 2012                          David R. Herndon
                                                                  2012.03.08
                                                                  10:38:03 -06'00'

                                                     Chief Judge
                                                     United States District Judge