UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

United States of America,

    Plaintiff,               Case No. 3:11CR30022-001 (DRH)

v.

Victoria McGee Harris,

    Defendant.

## ORDER

Upon motion of the United States of America, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby ORDERED that the Writ of Garnishment on Reliance Bank in this cause be and the same is hereby DISMISSED, without prejudice.

DATED: September 20, 2012

Digitally signed by David R. Herndon
Date: 2012.09.20 17:16:42 -05'00'

_____
Chief Judge
UNITED STATES DISTRICT COURT