UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

**Plaintiff,** Case No. 11-30022-DRH

v.

**Victoria McGee Harris,**

**Defendant.**

### ORDER

Upon motion of the United States of America, and for good cause shown, it is hereby **ORDERED,** Clyde A. Trucks II is substituted for Shirley Trucks. Furthermore, all restitution payments, including any currently held by the Court, will be made payable to Clyde A. Trucks II.

**DATED: November 5, 2012**

Digitally signed by David R. Herndon
Date: 2012.11.05 12:06:07 -06'00'

**Chief Judge**
**United States District Court**